SCPR-20-0000070

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

CHRISTOPHER S. BOUSLOG,
(Bar No. 3087)
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 19-0522)

<u>ORDER ALLOWING</u>
<u>RESIGNATION IN LIEU OF DISCIPLINE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition submitted by the Office of Disciplinary Counsel, with the approval of the Disciplinary Board of the Hawai'i Supreme Court, for an order granting the request of attorney Christopher S. Bouslog to resign from the practice of law in lieu of discipline, and the affidavit attached in support thereof, we find Respondent Bouslog's affidavit meets the requirements of Rule 2.14(a) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and find Respondent Bouslog avers and admits to misconduct that we

conclude represents serious violations of Rules 1.15(a) and 8.4(c) of the Hawaiʻi Rules of Professional Conduct (2014). We conclude this misconduct justifies granting the petition. Therefore,

IT IS HEREBY ORDERED that the petition to resign in lieu of discipline is granted. The resignation shall become effective 30 days after the date of this order, pursuant to RSCH Rules 2.14(d) and 2.16(c).

IT IS FURTHER ORDERED that the Clerk of this court shall remove Christopher S. Bouslog's name from the role of attorneys licensed to practice law in this jurisdiction and, within thirty days after entry of this order, Respondent Bouslog shall submit to the Clerk the original certificate evidencing his license to practice law in this jurisdiction or an affidavit establishing good cause for his failure to do so.

IT IS FURTHER ORDERED that Respondent Bouslog shall comply with the requirements of RSCH Rule 2.16 governing disbarred attorneys, the Disciplinary Board shall provide notice of the disbarment as required by RSCH Rule 2.16(e), and the Clerk shall provide notice to all state judges, pursuant to RSCH Rule 2.16(f).

IT IS FURTHER ORDERED that Respondent Bouslog shall bear the costs of ODC's investigation and any preliminary disciplinary proceedings upon the timely submission by ODC of a

2

verified bill of costs, as authorized by RSCH Rule 2.3(c).

IT IS FINALLY ORDERED that this court retains jurisdiction to dispose of any future submissions regarding appropriate restitution to be paid to Bouslog's former clients.

DATED:  Honolulu, Hawai'i, February 27, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson